AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROBERT PAUL SERVIN,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:04-cv-00621-RCJ-RAM**

E.K. McDANIEL, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas is **DENIED IN ITS ENTIRETY.**


  March 27, 2008                       **LANCE S. WILSON**
                                                      Clerk

                                                   /s/ Katie Lynn Ogden
                                                      Deputy Clerk